CLERK OF DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
FILED

2022 AUG -1 PM 2:38

DEPUTY CLERK _____

1 | Ritchie, Mark Irvin
2 | Power of Attorney for the
Patrick Jevon Johnson Ecclesiastical Estate
3 | 1700 Northside Drive, Unit 770
4 | Atlanta, Georgia 30318
Email: shalamoor@remedywerx.com
5 |
6 | Patrick Jevon Johnson
1409 South Lamar Suite 816
7 | Dallas, Texas 75201

8 |

**4-22CV-657-O**

9 | STATE OF TEXAS ]
10 | Johnson, Patrick Jevon ] Case No. _____
Patrick Jevon Johnson Ecclesiastical Estate ]
11 | Petitioner / Creditor ]
12 | ]
13 | vs. ] **Original Complaint Against the**
] **S.E.C. for Violating the R.I.C.O.**
14 | SECURITIES AND EXCHANGE ] **Act Against the Patrick Jevon**
COMMISSION, U.S. SECURITIES AND ] **Johnson Ecclesiastical Estate**
15 | EXCHANGE COMMISSION, Michael R. ]
16 | of the Sew Hoy House, MICHAEL R. SEW ]
HOY (Cal. Bar No. 243391), Roberto A. of ] **UNITED STATES DISTRICT**
17 | the Tercero House, ROBERTO A. ] **COURT**
18 | TERCERO (Cal. Bar No. 143760), Manuel ] **NORTHERN DISTRICT OF**
of the Vazquez House, MANUEL ] **TEXAS**
19 | VAZQUEZ (Cal. Bar No. 295576), OTC ] **Barbara M. G. Lynn, Chief Judge**
20 | MARKETS GROUP INC, Nancy of the ] **Karen Mitchell, Clerk of Court**
Rodriguez House AND NANCY ]
21 | RODRIGUEZ ]
22 | Respondents/Debtors ]

23 |
24 |
25 | **Original Complaint Against the S.E.C. for Violating the R.I.C.O. Act Against the**
26 | **Patrick Jevon Johnson Ecclesiastical Estate**
27 |
28 | Petitioner Patrick-Jevon: Johnson, general executor and beneficiary of the Patrick Jevon Johnson Ecclesiastical Estate, operating in peace with honor by right of benefit of

discussion without discretion, as Creditor, Underwriter, Drawer, Originator, First Funds Transferor, Lien Creditor, Postmaster, Exonerator, Private Substance Bank, Executor, Administrator, Authorized Representative, Signatory, and Full-vested Superior Lien Holder Beyond Sea regarding this instant matter, and Authorized Representative and Signatory for PATRICK JEVON JOHNSON, Principal; and any and all parent, subsidiary, and affiliated persons and entities (collectively, or in any individual case, the "Grantor"), (collectively, the "Parties") say in good faith and to the best of my ability with honor that I and my estate have been injured and assaulted by the Respondents. The injury is caused by the Respondents when they violated the R.I.C.O. Act in an effort to extort funds and damage my reputation without cause. The R.I.C.O. Act was violated by the SEC filing a complaint against me and my estate without having a claim or allegations regarding damages. And by their own admission said they did this to extort funds disguised as civil penalties. Also see Department of Justice report #79628-CDT. Remedy is required.

## ADVOCATE

Arguing this matter is Ritchie, Mark Irvin power of attorney for the Patrick Jevon Johnson Ecclesiastical Estate. Ritchie, Mark Irvin, a concerned American of Moor and Hebrew lineage, takes this matter on because of the criminal, economic and civil danger this issue presents to the public, aboriginal men and women misnomered blacks, colored, African Americans and Negroes and the danger it presents to him personally.

Ritchie, Mark Irvin's interest in this matter is piqued by many things including the number of aboriginal (so-called blacks) owned businesses that are currently publicly trading on national exchanges. Of the 6,000 trading on the New York Stock Exchange and NASDAQ, less than 1%, are majority aboriginal ([b]lack) owned and operated.

Furthermore, while assisting Patrick Jevon Johnson with this matter, Ritchie witnessed the S.E.C. and its agents commit crimes, including using local rules to abrogate federally protected rights and deny equal access to justice. Ritchie is not a B.A.R. Attorney nor does he aspire to be one. The B.A.R. is not required to secure justice nor is

the B.A.R. the republic form of government and therefore cannot be used to block our access to justice.

## ISSUE

Did the SECURITIES EXCHANGE COMMISSION, OTC and its' agents (SEC) violate the R.I.C.O. Act by acting against the ecclesiastical estate of Patrick Jevon Johnson? Yes

## RULE

Racketeering: "racketeering activity" means (A) any act or threat involving, extortion; (B) any act which is indictable under any of the following provisions of title 18, United States Code: sections 891–894 (relating to extortionate credit transactions), section 1028 (relating to fraud and related activity in connection with identification documents), section 1503 (relating to obstruction of justice), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), section 1951 (relating to interference with commerce, robbery, or extortion) and section 2319 (relating to criminal infringement of a copyright).

## FACTS

The Respondents trespassed the Patrick Jevon Johnson Ecclesiastical Estate by impersonating an agency of the republic form of government. Several R.I.C.O. Act violations occurred despite many warnings and the Respondents acted under color law without filing a valid cause of action.

The R.I.C.O. Act violations occurred began with the halt of the securities (OTC: CHIT, OTC: PDXP, and OTC: VICT) in February of 2018 when the SEC used a myriad of Federal crimes to coerce the ceding of rights under color of law, intimidation and duress including a lifetime ban from participating in the securities industry as an officer and director, so that funds would be fraudulently stolen and commerce would be prohibited into perpetuity, pursuant to the SEC's demands for relief. The SEC sought to accomplish this by filing a frivolous complaint against me and my estate in the UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION, and to further prohibit commerce by colluding with OTC Markets Group Inc.

Compliance Analyst Nancy Rodriguez. OTC Markets Group Inc., previously known as **Pink Sheets**, is an American financial market providing price and liquidity information for almost 11,500 over-the-counter (OTC) securities. Due to the SEC Enforcement Action against me and my estate, OTC Markets Group, Inc. downgraded three companies to an illiquid market tier where its securities are restricted from public viewing and unable to be bought via retail investors. This private market only serves broker-dealer pricing and best execution needs in securities that are restricted from public quoting or trading. This downgrade damaged the share value of these companies and the shareholders of these securities exponentially, even while two of the three companies were current in their reporting obligations. In late 2019 my resignation was forced from a fourth company, (iBrands Corporation OTC: IBRC) and it was also subsequently downgraded to the same illiquid market tier where the securities are restricted from public view. There are email communications between myself and OTC Markets Group Inc. Compliance Analyst Nancy Rodriguez stating that her employer, OTC Markets Group Inc. refused to do business with iBrands Corporation if I continued to be affiliated with the company due to the SEC's Subpoena Enforcement Action. I submitted my resignation December of 2019 from iBrands Corporation under protest in order for the company to proceed with its business and to file its current reports. When the filing fees were paid and reports were posted, the company was still not upgraded to current status and our fees were absconded.

I hereby tender the following case data for the court's review and evidentiary benefit:

- **Court**
  UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
b. **Date case was filed**
  September 30, 2020.
c. **Case Identifiers**
  CASE NUMBERS:

1     2:20-CV-08985 (First Case Number)
2     2:20-cv-08985
3     2:20-cv-8985
4     2:20-cv-08985-ODW
5     2:20-cv-08985-ODW-DFM
6     2:20-cv-08985-FWS-DFMx

**d. List of each party**

[P]laintiff – SECURITIES AND EXCHANGE COMMISSION
[P]laintiff – U. S. SECURITIES AND EXCHANGE COMMISSION
[D]efendant – Patrick Jevon Johnson ("Johnson")
[D]efendant – Patrick Johnson ("Johnson")
[D]efendant – Frank Ojogwa Ekejija
[D]efendant – NVC FUND, LLC
[D]efendant – Charles Everett

**e. Patrick Johnson claims against the SEC**

***Deprivation of Rights Under Color of Law.*** General Executor Patrick Jevon Johnson alleges that the SECURITIES AND EXCHANGE COMMISSION, U.S. SECURITIES AND EXCHANGE COMMISSION, OTC MARKETS GROUP, Nancy Rodriguez, Michael Raymond Sew Hoy, Roberto A. Tercero and Manuel Vazquez, (collectively SEC) being part of the federal corporation and not the Republic form of government have and are violating my constitutionally protected rights under color of law pursuant to 18 U.S.C. § 241, 18 U.S.C. § 242, 18 U.S.C. § 245, 18 U.S.C. § 1001 and 42 U.S.C. § 1983.

***R.I.C.O. Act Violations.*** General Executor Patrick Jevon Johnson further alleges that the SEC by its own admission are in specific violation of the R.I.C.O. Act:

- Sew Hoy admitted on document See Case 2:20-cv-08985-ODW-DFM Document 60-1 Filed 03/02/21 Page 1 of 21 Page ID #:466 Page 10 lines 10 and 11 that **we**

**have no claim nor allegations regarding damages, Rather we seek civil penalties.**

- The SEC attorneys have violated 21 federal statutes and ecclesiastical laws in their effort to extort funds from the Patrick Jevon Johnson Ecclesiastical Estate, they are unrebutted by the SEC and are as follows:

1. R.I.C.O. Act, Racketeering Influence and Corrupt Organizational activity against my ecclesiastical estate and the people of the united States of America (major),
2. Foreign Agent Registration Act of 1938, they are heavily influenced by the private benefits and privileges of the B.A.R. which is not the republic form of government, S.E.C. Attorneys are B.A.R. members. The S.E.C. Attorneys are members of the B.A.R. and therefore have and continue to commit treason.
3. 17 CFR § 240.10b-5, False and misleading statements for personal enrichment,
4. FRCP 12(b)6, Failure to state a claim upon which relief can be granted,
5. 18 USC 2331 § (5)(B)(i) and (5)(C), domestic terrorism intimidating civilians,
6. 28 USC § 4101 (1), Defamation of character, slander and libel,
7. 28 USC § 4101 (6)(d), a business entity located in the UNITED STATES,
8. 28 USC 3002 § 15a, the UNITED STATES is a federal corporation (not the republic form of government),
9. 28 USC 3002 § 15b, The SEC is an entity created by the UNITED STATES (the federal corporation),
10. 18 USC 241, SEC, the CLERK and the COURT conspiracy to deprive constitutionally protected rights under color of law,
11. 18 USC 242, SEC, the CLERK and the COURT deprived constitutionally protected rights under color of law,
12. 18 USC 245, SEC, the CLERK and the COURT intimidated and interfered,
13. 18 USC 1001, knowingly, willfully concealed truth, deceitful writings,
14. 18 USC 1503, Obstruction of due administration of justice,
15. 67 CJS, Officers § 114, p. 402, Impervious to corrupting influences,

16. 257 USC 419, prohibits the defeat of federally protected rights using local practice, like the Cal. L.R.C.P.,
17. 42 USC 1983, SEC created liability and injury under color of law,
18. The Clean Hands Doctrine, The SEC dishonored Psalms 24:1-4,
19. 18 USC § 1951(a), Interfered with commerce threats on person and property,
20. Exodus 20:15 Thou shalt not steal, SEC attempted to steal civil penalties,
21. Exodus 20:16 & Deuteronomy 5:20 Thou shalt not bear false witness, they are lying about who they are.

- The SEC also used local practice to block my access to justice, [s]ilenced my filings, and violated my constitutionally protected rights.
- The SEC used their deceptive platform to constructively steal and expropriate through dubious legal attempts and jurisdiction over the person does not apply relative to an aboriginal, copper colored American.

### f. Brief description of events underlying the action

The agents of the SEC noticed companies controlled by copper colored (mislabeled: blacks, coloreds, African Americans and Negroes) men engaging in the Securities Markets and took actions described by the R.I.C.O., 18 USC 96, Public Law: 91-452 (1970), to interfere with commerce and us. Of the 6,000 companies listed on the New York Stock Exchange or NASDAQ, fewer than 1%, are black owned and operated.

Prior to the halting of each of the companies trading, these Americans were engaging in commerce to facilitate capitalization actions for the companies in order to meet qualifications for uplisting them to national exchanges. The SEC agents continued their prejudiced practices and interfered significantly to restrict commerce, in direct collusion with OTC Markets Group, Inc and Compliance Analyst Nancy Rodriguez.

### *R.I.C.O. Act violations*

The SEC engaged in acts and threats involving robbery, extortion, mail fraud, obstruction of justice (using local practice) and the attempt to collect an unlawful debt.

### *How R.I.C.O. Act violations occurred.*

The SEC violated 17 CFR § 240.10b-5, using false and misleading statements as well as presumptions of authority and power to force the Patrick Jevon Johnson Ecclesiastical Estate to comply with colorable laws and extort funds disguised as civil penalties. The SEC also presumes I see them as a part of the republic form of government and I do not, they are a corporation. The SEC is attempting to inflict perpetual restrictions and steal funds based on colorable law. At what point does the corporation and its agents, who are lying about who they are, and impersonating the republic form of government have any authority whatsoever to say anything without a valid contract? Never. At what point does a lie about the government become the truth? Never!

The SEC is attempting to extort funds by asserting an inferior claim based on colorable laws, which is prohibited by FRCP 12(b)6 which forbids the granting of relief when the plaintiff fails to state a claim upon which relief can be granted.

The SEC violated 18 USC 2331 § (5)(B)(i) and (5)(C), by using tactics of domestic terrorism and intimidation of civilians to extort funds and restrict commerce.

The SEC performed defamation of character, slander and libel, which is forbidden under 28 USC § 4101 (1). There are "no claims nor allegations regarding damages", according to SEC Attorney Michael Raymond Sew Hoy, no crime has been committed.

28 USC 3002 § 15a, says "the UNITED STATES is a federal corporation" which means it is not the republic form of government. They can lawfully only interact with my estate via valid contracts that are knowingly, willing and voluntarily entered to with full disclosure, the SEC has no such contract.

28 USC 3002 §§ 15b, The SEC is an entity created by the UNITED STATES federal corporation and therefore must produce a valid contract or must satisfy our prayer for relief herein expressed.

18 USC § 1951(a) prohibits interference with commerce using threats on person and property, which the SEC continued to do even after being advised of their criminal actions by our filings.

18 USC 1503, prohibits Obstruction of due administration of justice, which the SEC committed using local practice.

67 CJS, Officers § 144, p.402 requires officers of the court to be impervious to corrupting influences, which the SEC violated on several counts. Also see Canon 2(A).

The SEC throughout the proceedings violated 257 USC 419 which prohibits the defeat of federally protected rights using local rules, i.e., CALIFORNIA LOCAL RULES OF CIVIL PROCEDURE.

The SEC is in violation of 42 USC 1983, subjugation under color of law.

The SEC is in strict violation of the Clean Hands Doctrine, Psalms 24:3-4, "Who may ascend to the hill of the LORD? Who may stand in His holy place? He who has clean hands and a pure heart, who does not lift up his soul to an idol or swear deceitfully." The B.A.R. oath is a deceitful, secret oath which has attorneys employing deceit to trespass the ecclesiastical estates of American people.

The SEC is in violation of 18 USC 1951 as they are attempting to seize personal property under color of law using threats and impersonating the Republic form of government as a de jure regulator. By their own admission they are attempting to steal funds from the Patrick Jevon Johnson Ecclesiastical Estate using false and misleading information. Specifically, they are not the republic form of government, rather they are a corporation, see Clearfield Trust Company vs Ohio and 28 USC 3002 §§ 15a.

The SEC is in violation of ecclesiastical law. Exodus 20:15 Thou shalt not steal, the SEC attempted to steal funds disguised as civil penalties without an injured party.

The SEC's ecclesiastical violations continue with actions counter to Exodus 20:16 & Deuteronomy 5:20 Thou shalt not bear false witness. This is defamation of character. The SEC has asserted on the Internet and in the filings that aspects of the Patrick Jevon Johnson Ecclesiastical Estate are not honorable. Meanwhile the SEC is

1  concealing the facts about not being the Republic form of government. The SEC is a
2  corporation with lawyers who are significantly influenced by the B.A.R. which is foreign
3  to the Republic form of government yet controls nearly all lawyers in north America,
4  preventing equal access to justice and inhibiting equal protections under law pursuant to
5  the 14th Amendment of the Constitution of the United States of America.
6       The SEC also used local practice to block my access to justice, [s]ilenced my
7  filings, and violated my constitutionally protected rights. The SEC used the
8  CALIFORNIA LOCAL RULES OF CIVIL PROCEDURE to prevent the alleged
9  [D]EFENDANTS from due process of law. They attempted to accomplish this by
10 [s]triking multiple filings, thereby trespassing my constitutionally protected right to be
11 heard in this matter.

### *How Color of Law Violations Apply and Occurred*

13      The SEC is a commission created by the UNITED STATES federal corporation, 28
14 USC 3002 §§ 15a and specifically not the republic form of government, 28 USC 3002 §§
15 15b. The SEC, operating under color of law, presumed authority and the general
16 perception of government backed power defamed the character of Patrick Jevon Johnson
17 with the result of interfering with commerce and the attempt to extort funds disguised as
18 civil penalties. After several years of tort actions against my estate, the SEC finally
19 admitted that they had no claims nor allegations regarding damages (see Rule 12 (b) 6,
20 failure to state a claim upon which relief can be granted). The SEC expressed their
21 intention to extort funds by admitting, "Rather we seek civil penalties."

22      ***Color of Law Violations.*** Here, 18 USC 241 prohibits the conspiracy to deprive
23 constitutionally protected rights under color of law. The SEC colluded with Nancy
24 Rodriguez, Compliance Analyst at OTC markets, Kiry K. Gray and the U. S.
25 SECURITIES AND EXCHANGE COMMISSION to interfere with commerce and
26 defame the reputation of the estate of Patrick Johnson and stop commerce. I allege that
27 the SEC attorneys or agents initiated contact via private BAR membership channels to
28 exert corrupting influences on Judge Otis D. Wright, II to sway unfair judgments from the

court. This also constitutes the perpetration of a fraud upon the court. The court and the clerk of court have also ignored numerous Form COL's filed in this case without explanation.

18 USC 242 prohibits the act of depriving constitutionally protected rights under color of law based on ethnicity. The SEC used their deceptive actions to constructively steal and expropriate, through dubious legal attempts, jurisdiction over the person, which does not apply relative to any living man nor his estates.

18 USC 245 prohibits the use of intimidation to interfere with commerce or the free enjoyment of lawful life, liberty and the pursuit of happiness. These are constitutionally protected rights.

18 USC 1001 prohibits the act of knowingly and willfully concealed truth using deceitful writings. The SEC has no constitutional authority to engage in their behaviors without valid contracts, which they don't have. They are also perpetrating a fraud by pretending to be part of the republic form of government, when they are actually only a mere corporation, see Clearfield Trust Co. v. United States, 318 U.S. 363 (U.S. 1943).

42 USC 1983 prohibits the SEC from creating a liability and injury. Their actions have caused liabilities and significant pain and suffering. The SEC by their own admission conducted this fraud to extort funds disguised as civil penalties.

**g. Description of relief sought and damages claimed, with computation**

The Patrick Jevon of the house of Johnson seeks the following peaceful, equitable relief:

- The SEC and OTC Markets Group Inc., via their halting of the trading of securities and the subsequent restricting of commerce, have created billions of dollars in liabilities, loss of business opportunities, business revenues, and committed financings for each individual company, loss of investment values for over three thousand (3,000 affected) shareholders, and personal pain and suffering, all of which must be remediated.

- The SEC and OTC Markets Group Inc. must be ordered to remove all derogatory indicators, stamps, guidance and advisories from PDX Partners Inc. (OTC: PDXP), Cherubim Interests Inc. (OTC: CHIT), Victura Construction Group Inc. (OTC: VICT) and any and all companies where Patrick Jevon Johnson is affiliated. The court is asked to permanently enjoin OTC Markets Group Inc. from issuing derogatory statements and indicators against any aspect of the Patrick Jevon Johnson Ecclesiastical Estate and other companies where Patrick Jevon Johnson is affiliated or pay the fees expressed on the UCC 1 #File Number: 067-2022-000745, Monday, January 24, 2022 8:11:59 AM, Gwinnett County Clerk of Superior Court.
- Johnson seeks (1) a permanent injunction prohibiting the SEC from future violations of the following: FRCP 12(b)6, 17 CFR § 240.10b-5, 18 USC 241, 18 USC 242, 18 USC 245, 18 USC 1001, 42 USC 1983, 18 USC 2331 § (5)(B)(i) and (5)(C), 28 USC § 4101 (1), 28 USC 3002 § 15a, 28 USC 3002 § 15b, 18 USC 1503, 18 USC § 1951(a), 257 USC 419, 67 CJS, Officers § 114, the FARA of 1938, Exodus 20:15, Exodus 20:16, Deuteronomy 5:20 and the R.I.C.O. Act, (2) The court is asked to require the SEC to publicly retract all derogatory statements about Patrick Jevon Johnson, PDX Partners Inc. (OTC: PDXP), Cherubim Interests Inc. (OTC: CHIT), Victura Construction Group Inc. (OTC: VICT).
- Johnson seeks (1) a permanent injunction prohibiting OTC Markets Group Inc. from future violations of the following: FRCP 12(b)6, 17 CFR § 240.10b-5, 18 USC 241, 18 USC 242, 18 USC 245, 18 USC 1001, 42 USC 1983, 18 USC 2331 § (5)(B)(i) and (5)(C), 28 USC § 4101 (1), 28 USC 3002 § 15a, 28 USC 3002 § 15b, 18 USC 1503, 18 USC § 1951(a), 257 USC 419, 67 CJS, Officers § 114, the FARA of 1938, Exodus 20:15, Exodus 20:16, Deuteronomy 5:20 and the R.I.C.O. Act, (2) The court is

asked to order OTC Markets Group Inc. to issue a full retraction to Johnson and return the companies, PDX Partners Inc. (OTC: PDXP), Cherubim Interests Inc. (OTC: CHIT), Victura Construction Group Inc. (OTC: VICT) and iBrands Corporation (OTC: IBRC) to their original "Pink" Designations once each company has completed new applications, paid its fees, and are compliant with rule 15c211.

- Order the Respondents to satisfy the damages listed below for their multiple crimes, deceptions and harm caused by their colorable actions.
- Computations for the damages asked are as follows for losses and remedy:

| | |
|---|---|
| Four years of losses | $210,000,000 |
| Ecclesiastical Remedy is 7 times per Proverbs 6:31 | 7 |
| TOTAL | $1,470,000,000 |

### h. Deliberate failure in discovery

Discovery was never complete, the SEC has and continues to refuse to answer my filed interrogatories. Their refusal and failure to answer is hidden behind the CALIFORNIA LOCAL RULES OF CIVIL PROCEDURE. This is using local practice to violate federally protected rights, i.e., due process of law. The interrogatories will be used during discovery for this case, the court is beseeched to mandate compliance.

### i. Procedural history of case, including decided or submitted motions, ADR proceedings, settlement conferences (scheduled or concluded), appellate proceedings (pending or concluded), and any previous referral to a magistrate judge

*Motions from the previous case.* The court has already defaulted Patrick Jevon Johnson with no determined or justified civil penalties because the SEC's demands are "unsubstantiated" pursuant to Judge Otis D. Wright, II. My motion for Set Aside has been dishonorably rejected based on local rules of civil procedure by the court like many of my other filings. There is still no injured party nor allegations regarding damages. *A jury trial is demanded.*

Patrick Jevon Johnson now requests the court order to require the SEC to answer my interrogatories, remove all strikes to my timely filed answers or accept the settlement obligations for their infractions of law and commerce by 20 May 2022, 5:00 PM CST. The Court and the SEC have my claim demanding One Billion Four Hundred Seventy Million USD ($1,470,000,000), see document "Case 2:20-cv-08985-ODW-DFM Document 77 Filed 05/30/21 Page 1 of 24 Page ID #:747." The $1,470,000,000 demand is substantiated according to the filed claim and also expressed as follows:

| | |
|---|---:|
| Four years of losses | $210,000,000 |
| Ecclesiastical Remedy is 7 times per Proverbs 6:30-31 | 7 |
| TOTAL | $1,470,000,000 |

The sevenfold multiple is based on Proverbs 6:30-31.

> [30]*Men do not despise a thief, if he steal to satisfy his soul when he is hungry,* [31]*But if he be found, he shall restore sevenfold; he shall give all the substance of his house.*

The SEC failed to answer my interrogatories by May 20, 2022, 5:00 PM PST thus consented to my demands as recompense for their 21 unrebutted crimes.

**I explicitly reserve all my rights in all situations into perpetuity without exception pursuant to UCC 28 §1-308, Public Law 28:1-207 (1963).**

**NOTICE TO PRINCIPAL IS NOTICE TO AGENT, NOTICE TO AGENT IS NOTICE TO PRINCIPAL**

Dated July 19, 2022

Patrick Jevon of the house of Johnson
Petitioner, [P]ro Se UCC 1-308

Original Criminal Complaint Patrick Jevon Johnson Ecclesiastical Estate vs. S.E.C.

## NOTARY SECTION

County of Tarrant

State of Texas

I, Christina Thompson as a Notary Public do affirm that Patrick-Jevon: Johnson, the living man whose signature appears on this document is who he says he is. Identity is confirmed by a valid passport shown to me at the time of the signing of this document.

_Christina Thompson_
Notary Signature

My Commission expires: 3/19/2023

SEAL
CHRISTINA LYNN THOMPSON
Notary Public, State of Texas
Comm. Expires 03-19-2023
Notary ID 124221742

## PROOF OF SERVICE

I am over the age of 18 years I am not a party to this case. My business address is:

Shalamoor Bey Ecclesiastical Trust
mark-irvin: Ritchie
1700 NORTHSIDE DRIVE, UNIT 770
ATLANTA, GEORGIA 30318
ShalamoorBey@gmail.com

On July 19, 2022, I caused to be served the document entitled **Original Complaint** on all the parties to this action addressed as stated on the attached service list:

☒ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☒ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: July 19, 2022                               /s/ *Mark Irvin Ritchie, UCC 1-308*
                                                  Mark Irvin Ritchie

## SERVICE LIST

Patrick Jevon Johnson Ecclesiastical Estate
1409 South Lamar Suite 816
Dallas, Texas 75201

Mark Irvin Ritchie
Power of Attorney for the Patrick Jevon Johnson Ecclesiastical Estate
1700 Northside Drive, Unit 770
Atlanta, Georgia 30318

SECURITIES AND EXCHANGE COMMISSION
444 Flower St #900,
Los Angeles, CA 90071

U.S. SECURITIES AND EXCHANGE COMMISSION,
Michael R. of the Sew Hoy House,
MICHAEL R. SEW HOY (Cal. Bar No. 243391)
444 Flower St #900
Los Angeles, CA 90071

Roberto A. of the Tercero House,
ROBERTO A. TERCERO (Cal. Bar No. 143760)
444 Flower St #900
Los Angeles, CA 90071

Manuel of the Vazquez House,
MANUEL VAZQUEZ (Cal. Bar No. 295576)
444 Flower St #900
Los Angeles, CA 90071

OTC MARKETS GROUP INC,
Daniel of the Zinn House dba GENERAL COUNSEL DANIEL ZINN
300 Vesey Street (One North End Ave), 12th Floor, North End Ave.
New York, NY 10282

OTC MARKETS GROUP INC,
Nancy of the Rodriguez House dba AGENT NANCY RODRIGUEZ
300 Vesey Street (One North End Ave), 12th Floor, North End Ave.
New York, NY 10282

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Patrick-Jevon: Johnson and the
Patrick Jevon Johnson Ecclesiastical Estate

**(b)** County of Residence of First Listed Plaintiff   Dallas
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Mark-Irvin: Ritchie (not a B.A.R. Member)
Power of Attorney for the
Patrick Jevon Johnson Ecclesiastical Estate

**DEFENDANTS:** SECURITIES AND EXCHANGE COMMISSION, U.S. SECURITIES AND EXCHANGE COMMISSION, Michael Raymond Sew Hoy (Cal. Bar No. 243391), Roberto A. Tercero (Cal. Bar No. 143760), Manuel Vazquez (Cal. Bar No. 295576), OTC MARKETS GROUP and Nancy Rodriguez

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Gary Y. Leung, Michael Raymond Sew Hoy was granted leave.

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [x] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | 400 State Reapportionment |
| 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | 430 Banks and Banking |
| 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application | 460 Deportation |
| | | | | ☐ 840 Trademark | ☑ 470 Racketeer Influenced and Corrupt Organizations |
| 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 880 Defend Trade Secrets Act of 2016 | 480 Consumer Credit (15 USC 1681 or 1692) |
| 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | | 485 Telephone Consumer Protection Act |
| 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | | **SOCIAL SECURITY** | 490 Cable/Sat TV |
| 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | 850 Securities/Commodities/ Exchange |
| 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | |
| | | | | ☐ 863 DIWC/DIWW (405(g)) | |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | 890 Other Statutory Actions |
| 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | 891 Agricultural Acts |
| 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | 895 Freedom of Information Act |
| 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application ☐ 465 Other Immigration Actions | | 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 550 Civil Rights ☐ 555 Prison Condition ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
R.I.C.O. Act violations.
Brief description of cause: Significant interference with commerce using colorable law. Substantially harmed shareholders and company owners. The SEC admitted they have "no claim nor allegations regarding damages, rather they seek civil penalties."

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
**DEMAND $** 1,470,000,000
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☑ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE Minister of Justice Fred W. Slaughter
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
DOCKET NUMBER SEC vs PATRICK JOHNSON 2:20-CV-08985

DATE   1 August 2022

SIGNATURE OF ATTORNEY OF RECORD All rights reserved in all circumstances into perpetuity without exception. ©
*Mk I-R ft*

**FOR OFFICE USE ONLY**

RECEIPT #_____ AMOUNT_____ APPLYING IFP_____ JUDGE_____ MAG. JUDGE_____